**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United Van Lines, Inc.

Plaintiff,

Civil 00-2238 PAM/JGL

v.

**ORDER OF DISMISSAL**

Gregory Naugle, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February 15, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________